UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   Case No: 8:22-cr-177-KKM-AAS

ELIAS ISRAEL ROBLERO RANGEL,

    Defendant.
_____

## ORDER

Elias Israel Roblero Rangel pleaded guilty to one count of embezzlement and one count of unauthorized access device fraud in May 2022, and the Court sentenced him to 12 months and one day imprisonment. *See* Judgment (Doc. 33). The Court denied his motion to reduce or modify his sentence because he does not qualify for safety valve relief under the Sentencing Guidelines. *See* Order Den. Mot. for Retroactive Appl. of Sentencing Guidelines (Doc. 36). Rangel now moves the Court grant him a certificate of appealability. *See* Mot. for Certificate of Appealability (Doc. 37). But Rangel does not need a certificate of appealability, so his motion is denied.

Title 28, United States Code, § 2253(c) requires prisoners to obtain a certificate of appealability for appeal of a "final order in a habeas corpus proceeding" or a "final order in a proceeding under section 2255." But "direct appeal matter[s]" "do not require a certificate

of appealability." *United States v. Cody*, 998 F.3d 912, 915 (11th Cir. 2021) (quoting *United States v. Futch*, 518 F.3d 887, 895 (11th Cir. 2008)). Rangel brought his original motion to reduce his sentence under 18 U.S.C. § 3582(c). This is not a "proceeding under section 2255" and thus does not require a certificate of appealability.

Accordingly, Defendant Rangel's motion for a certificate of appealability is **DENIED**.

**ORDERED** in Tampa, Florida, on March 22, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge